IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

This Document Relates to Plaintiff(s):

| | |
|---|---|
| LARRY MACE | Civil Case #: **2:18-at-99908** |

## MASTER SHORT FORM COMPLAINT
## FOR DAMAGES FOR INDIVIDUAL CLAIMS

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   LARRY MACE

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   MISSOURI

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   MISSOURI

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   MISSOURI

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Western District of Missouri

8. Defendants (check Defendants against whom Complaint is made):

   XX   C.R. Bard Inc.

   XX   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   XX   Diversity of Citizenship

   ___  Other:

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ___  Recovery® Vena Cava Filter

    ___  G2® Vena Cava Filter

    ___  G2® Express (G2®X) Vena Cava Filter

    ___  Eclipse® Vena Cava Filter

    ___  Meridian® Vena Cava Filter

    __XX__    Denali® Vena Cava Filter

    ___    Other:_____

11. Date of Implantation as to each product:

May 12, 2017

12. Counts in the Master Complaint brought by Plaintiff(s):

    __XX__    Count I:    Strict Products Liability – Manufacturing Defect

    __XX__    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    __XX__    Count III:    Strict Products Liability – Design Defect

    __XX__    Count IV:    Negligence - Design

    __XX__    Count V:    Negligence - Manufacture

    __XX__    Count VI:    Negligence – Failure to Recall/Retrofit

    __XX__    Count VII:    Negligence – Failure to Warn

    __XX__    Count VIII:    Negligent Misrepresentation

    __XX__    Count IX:    Negligence Per Se

    __XX__    Count X:    Breach of Express Warranty

    __XX__    Count XI:    Breach of Implied Warranty

    __XX__    Count XII:    Fraudulent Misrepresentation

    __XX__    Count XIII:    Fraudulent Concealment

    __XX__    Count XIV:    Violations of Applicable (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ___    Count XV:    Loss of Consortium

\_\_\_     Count XVI:   Wrongful Death

\_\_\_     Count XVII: Survival

XX     Punitive Damages

\_\_\_     Other(s): _____

RESPECTFULLY SUBMITTED this 29th day of August, 2018.

**FLORIN ROEBIG, P.A.**

/s/ Wil H. Florin, Esq
**WIL H. FLORIN, ESQUIRE**
Florida Bar No.: 0337234
**ERIC P. CZELUSTA, ESQUIRE**
Florida Bar No.: 152315
Primary Email: WHF@FlorinRoebig.com
Secondary Email: ECzelusta@FlorinRoebig.com;
Jweaver@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorneys for Plaintiff

I hereby certify that on this 29th day of August 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Wil H. Florin, Esq