IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LARRY MACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:21-cv-03055-MDH ) |
| C.R. BARD, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Parties' Agreed Joint Motion to Stay Proceedings (Doc. 18). The Parties request that this Court enter an Order temporarily staying discovery and all pretrial deadlines imposed by the Court for 90 days to allow the Parties to pursue negotiations of a settlement of this and all cases of Plaintiff's counsel recently remanded from the MDL. The Court **GRANTS** the Parties' Motion and discovery and all pretrial deadlines are stayed until June 28, 2021. If no dismissal papers have been filed by June 28, 2021, the Parties are **ORDERED** to file a joint status report regarding the status of settlement.

**IT IS SO ORDERED.**

Dated: March 29, 2021

                                                                                 */s/ Douglas Harpool*
                                                                                 **DOUGLAS HARPOOL**
                                                                                 **United States District Judge**